# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEROME DEGREAVE, individually, | Case No. 2:25-cv-01071-RSL |
| Plaintiff, | ORDER OF DISMISSAL WITH PREJUDICE |
| v. | *(Clerk's Action Required)* |
| FOREMOST INSURANCE COMPANY, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby:

ORDERED, ADJUDGED and DECREED that the above-entitled action, including all claims, are hereby dismissed with prejudice and without costs or attorney's fees to any party.

DONE this 18th day of December, 2025.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE - 1